# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENNIE EDWARD PIERCE, JR., | § |
| *Plaintiff,* | § § § |
| v. | § § Case No. 2:19-cv-00344-JRG-RSP |
| STATE OF TEXAS, | § § |
| *Defendant.* | § § § |

## ORDER

Plaintiff Bennie Edward Pierce, Jr. previously filed a complaint in *forma pauperis* against the State of Texas in the above-referenced matter. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 4), recommending dismissal of the complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A, and separately for failure to prosecute. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, it is **ADOPTED**. A final judgment will issue separately.

**So ORDERED and SIGNED this 29th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE